J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Morgan E. Pietz (SBN 260629)
*mpietz@pietzlawfirm.com*
The Pietz Law Firm
3770 Highland Avenue, Suite 206
Manhattan Beach, California  90266
Telephone:  (310) 424-5557
Facsimile:  (310) 546-5301

Attorney for Defendants
Alex Keaton, LLC; Jeremy Neumann,
an indidividual and d/b/a Amazon.com
Seller The Alex Keaton Company

JS-6

**FILED:  10/22/13**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV13-869 GHK (AJWx) |
| Plaintiff, | [~~PROPOSED~~] CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | |
| Alex Keaton, LLC; Jeremy Neumann, an individual and d/b/a Amazon.com Seller The Alex Keaton Company, and Does 1 through 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Alex Keaton, LLC and Jeremy Neumann, an individual and d/b/a Amazon.com Seller The Alex Keaton

Company (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)   This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)   Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)   Plaintiff has alleged that Defendants have made unauthorized uses of certain of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)   Defendants  and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)   Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or

logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:    10/18/13

_____
Hon. George H. King
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

Dated:  October 11, 2013

By:  _/s/ J. Andrew Coombs_____
        J. Andrew Coombs
        Nicole L. Drey
Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

The Pietz Law Firm

Dated: October 8, 2013

By:  _/s/ Morgan E. Pietz_
        Morgan E. Pietz
Attorneys for Defendants
Alex Keaton, LLC; Jeremy Neumann,
an indidividual and d/b/a Amazon.com
Seller The Alex Keaton Company

# EXHIBIT A
## COPYRIGHT REGISTRATIONS

| REG NO. | TITLE | COPYRIGHT CLAIMANT |
|---------|-------|--------------------|
| PA 1-065-861 | BAND OF BROTHERS: Currahee | Home Box Office, Inc. ("HBO") |
| PA 1-065-857 | BAND OF BROTHERS: Day Of Days | HBO |
| PA 1-065-856 | BAND OF BROTHERS: Carentan | HBO |
| PA 1-065-860 | BAND OF BROTHERS: Replacements | HBO |
| PA 1-065-854 | BAND OF BROTHERS: Crossroads | HBO |
| PA 1-065-859 | BAND OF BROTHERS: Bastogne | HBO |
| PA 1-057-373 | BAND OF BROTHERS: The Breaking Point | HBO |
| PA 1-057-372 | BAND OF BROTHERS: The Last Patrol | HBO |
| PA 1-057-371 | BAND OF BROTHERS: Why We Fight | HBO |
| PA 1-065-863 | BAND OF BROTHERS: Points | HBO |
| PA 1-320-979 | BIG LOVE: The Pilot | HBO |
| PA 1-319-374 | BIG LOVE: Viagra Blue | HBO |
| PA 1-319-373 | BIG LOVE: Home Invasion | HBO |
| PA 1-320-982 | BIG LOVE: Eclipse | HBO |
| PA 1-320-983 | BIG LOVE: Affair | HBO |
| PA 1-320-984 | BIG LOVE: Roberta's Funeral | HBO |
| PA 1-320-985 | BIG LOVE: Eviction | HBO |
| PA 1-325-915 | BIG LOVE: Easter | HBO |
| PA 1-320-981 | BIG LOVE: A Barbecue For Betty | HBO |
| PA 1-320-978 | BIG LOVE: The Baptism | HBO |
| PA 1-320-139 | BIG LOVE: Where There's A Will | HBO |
| PA 1-340-778 | BIG LOVE: The Ceremony | HBO |
| PA 1-386-822 | BIG LOVE: Damage Control | HBO |
| PA 1-386-697 | BIG LOVE: The Writing On The Wall | HBO |
| PA 1-589-437 | BIG LOVE: Reunion | HBO |
| PA 1-589-430 | BIG LOVE: Rock And A Hard Place | HBO |
| PA 1-589-429 | BIG LOVE: Vision Thing | HBO |

| | | |
|---|---|---|
| PA 1-589-425 | BIG LOVE: Dating Game | HBO |
| PA 1-593-023 | BIG LOVE: Good Guys And Bad Guys | HBO |
| PA 1-593-027 | BIG LOVE: Kingdom Come | HBO |
| PA 1-593-063 | BIG LOVE: Circle The Wagons | HBO |
| PA 1-593-061 | BIG LOVE: The Happiest Girl… | HBO |
| PA 1-593-060 | BIG LOVE: Take Me As I Am | HBO |
| PA 1-593-059 | BIG LOVE: Oh, Pioneers | HBO |
| PA 1-663-632 | BIG LOVE: Block Party | HBO |
| PA 1-636-013 | BIG LOVE: Empire | HBO |
| PA 1-636-015 | BIG LOVE: Prom Queen | HBO |
| PA 1-636-014 | BIG LOVE: On Trial | HBO |
| PA 1-636-012 | BIG LOVE: For Better Or For Worse | HBO |
| PA 1-636-016 | BIG LOVE: Come, Ye Saints | HBO |
| PA 1-663-307 | BIG LOVE: Fight Or Flight | HBO |
| PA 1-663-938 | BIG LOVE: Rough Edges | HBO |
| PA 1-661-917 | BIG LOVE: Outer Darkness | HBO |
| PA 1-661-969 | BIG LOVE: Sacrament | HBO |
| PA 1-676-099 | BIG LOVE: Free At Last | HBO |
| PA 1-676-086 | BIG LOVE: The Greater Good | HBO |
| PA 1-676-097 | BIG LOVE: Strange Bedfellows | HBO |
| PA 1-676-087 | BIG LOVE: The Mighty And Strong | HBO |
| PA 1-680-449 | BIG LOVE: Sins Of The Father | HBO |
| PA 1-680-393 | BIG LOVE: Under One Roof | HBO |
| PA 1-680-392 | BIG LOVE: Blood Atonement | HBO |
| PA 1-680-394 | BIG LOVE: Next Ticket Out | HBO |
| PA 1-679-719 | BIG LOVE: End Of Days | HBO |
| PA 1-733-273 | BIG LOVE: Winter | HBO |
| PA 1-729-909 | BIG LOVE: A Seat At The Table | HBO |
| PA 1-729-896 | BIG LOVE: Certain Poor Shepherds | HBO |
| PA 1-732-179 | BIG LOVE: The Oath | HBO |
| PA 1-741-708 | BIG LOVE: The Special Relationship | HBO |
| PA 1-736-212 | BIG LOVE: D.I.V.O.R.C.E | HBO |
| PA 1-741-709 | BIG LOVE: Til Death Do Us Part | HBO |
| PA 1-743-659 | BIG LOVE: The Noose Tightens | HBO |

| | | |
|---|---|---|
| PA 1-737-340 | BIG LOVE: Exorcism | HBO |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
| PA 1-653-786 | CHUCK: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-653-784 | CHUCK: Chuck Versus The Helicopter | WBEI |
| PA 1-653-794 | CHUCK: Chuck Versus The Tango | WBEI |
| PA 1-653-792 | CHUCK: Chuck Versus The Sizzling Shrimp | WBEI |
| PA 1-653-782 | CHUCK: Chuck Versus The Wookiee | WBEI |
| PA 1-653-790 | CHUCK: Chuck Versus The Sandworm | WBEI |
| PA 1-653-801 | CHUCK: Chuck Versus The Alma Mater | WBEI |
| PA 1-653-798 | CHUCK: Chuck Versus The Truth | WBEI |
| PA 1-653-789 | CHUCK: Chuck Versus The Imported Hard Salami | WBEI |
| PA 1-653-797 | CHUCK: Chuck Versus The Nemesis | WBEI |
| PA 1-653-788 | CHUCK: Chuck Versus The Crown Vic | WBEI |
| PA 1-653-795 | CHUCK: Chuck Versus The Undercover Lover | WBEI |
| PA 1-653-787 | CHUCK: Chuck Versus The Marlin | WBEI |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | WBEI |
| PA 1-830-753 | CHUCK: Chuck Versus The Suitcase | WBEI |
| PA 1-830-764 | CHUCK: Chuck Versus The Cubic Z | WBEI |
| PA 1-830-744 | CHUCK: Chuck Versus The Coup d'Etat | WBEI |
| PA 1-830-746 | CHUCK: Chuck Versus The Couch Lock | WBEI |
| PA 1-839-586 | CHUCK: Chuck Versus The Aisle Of Terror | WBEI |
| PA 1-839-561 | CHUCK: Chuck Versus The First Fight | WBEI |
| PA 1-839-582 | CHUCK: Chuck Versus The Fear Of Death | WBEI |
| PA 1-839-584 | CHUCK: Chuck Versus Phase Three | WBEI |

| | | |
|---|---|---|
| PA 1-839-592 | CHUCK: Chuck Versus The Leftovers | WBEI |
| PA 1-830-691 | CHUCK: Chuck Versus The Balcony | WBEI |
| PA 1-830-693 | CHUCK: Chuck Versus The Gobbler | WBEI |
| PA 1-830-680 | CHUCK: Chuck Versus The Push Mix | WBEI |
| PA 1-830-740 | CHUCK: Chuck Versus The Seduction Impossible | WBEI |
| PA 1-830-738 | CHUCK: Chuck Versus The Cat Squad | WBEI |
| PA 1-830-695 | CHUCK: Chuck Versus The Masquerade | WBEI |
| PA 1-830-742 | CHUCK: Chuck Versus The First Bank Of Evil | WBEI |
| PA 1-830-704 | CHUCK: Chuck Versus Chuck Versus The A-Team | WBEI |
| PA 1-830-685 | CHUCK: Chuck Versus The Muuurder | WBEI |
| PA 1-839-585 | CHUCK: Chuck Versus The Family Volkoff | WBEI |
| PA 1-830-743 | CHUCK: Chuck Versus The Wedding Planner | WBEI |
| PA 1-830-754 | CHUCK: Chuck Versus Agent X | WBEI |
| PA 1-830-752 | CHUCK: Chuck Versus The Last Details | WBEI |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | WBEI |
| PA 1-830-373 | CHUCK: Chuck Versus The Bearded Bandit | WBEI |
| PA 1-830-358 | CHUCK: Chuck Versus The Frosted Tips | WBEI |
| PA 1-830-395 | CHUCK: Chuck Versus The Business Trip | WBEI |
| PA 1-830-379 | CHUCK: Chuck Versus The Hack Off | WBEI |
| PA 1-830-361 | CHUCK: Chuck Versus The Curse | WBEI |
| PA 1-830-364 | CHUCK: Chuck Versus The Santa Suit | WBEI |
| PA 1-830-765 | CHUCK: Chuck Versus The Baby | WBEI |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |
| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |

| | | |
|---|---|---|
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-694-411 | ER: Life After Death | WBEI |
| PA 1-688-857 | ER: Another Thursday At County | WBEI |
| PA 1-688-863 | ER: The Book Of Abby | WBEI |
| PA 1-688-852 | ER: Parental Guidance | WBEI |
| PA 1-688-810 | ER: Haunted | WBEI |
| PA 1-688-807 | ER: Oh, Brother | WBEI |
| PA 1-688-876 | ER: Heal Thyself | WBEI |
| PA 1-688-880 | ER: Age Of Innocence | WBEI |
| PA 1-688-885 | ER: Let It Snow | WBEI |
| PA 1-688-869 | ER: The High Holiday | WBEI |
| PA 1-688-888 | ER: Separation Anxiety | WBEI |
| PA 1-688-802 | ER: Dream Runner | WBEI |
| PA 1-688-800 | ER: Love Is A Battlefield | WBEI |
| PA 1-687-281 | ER: A Long, Strange Trip | WBEI |
| PA 1-688-797 | ER: The Family Man | WBEI |
| PA 1-687-321 | ER: The Beginning Of The End | WBEI |
| PA 1-687-311 | ER: T-Minus-6 | WBEI |
| PA 1-687-331 | ER: What We Do | WBEI |
| PA 1-687-289 | ER: Old Times | WBEI |
| PA 1-687-279 | ER: Shifting Equilibrium | WBEI |
| PA 1-687-326 | ER: I Feel Good | WBEI |
| PA 1-687-332 | ER: And In The End | WBEI |
| R 221-914 | Five Star Final | Turner Entertainment Co. |
| PA 1-623-599 | JOHN ADAMS: Join Or Die | HBO |
| PA 1-623-549 | JOHN ADAMS: Independence | HBO |
| PA 1-623-550 | JOHN ADAMS: Don't Tread On Me | HBO |
| PA 1-623-551 | JOHN ADAMS: Reunion | HBO |
| PA 1-623-552 | JOHN ADAMS: Unite Or Die | HBO |
| PA 1-623-553 | JOHN ADAMS: Unnecessary War | HBO |
| PA 1-623-555 | JOHN ADAMS: Peacefield | HBO |
| PA 1-798-608 | ONE TREE HILL: 4:30 AM (Apparently They Were Traveling Abroad) | WBEI |

| PA 1-799-057 | ONE TREE HILL: What Are You Willing To Lose | WBEI |
|---|---|---|
| PA 1-799-059 | ONE TREE HILL: Hold My Hand As I'm Lowered | WBEI |
| PA 1-799-063 | ONE TREE HILL: Believe Me, I'm Lying | WBEI |
| PA 1-799-066 | ONE TREE HILL: Your Cheatin' Heart | WBEI |
| PA 1-799-287 | ONE TREE HILL: Deep Ocean Vast Sea | WBEI |
| PA 1-803-468 | ONE TREE HILL: I And Love And You | WBEI |
| PA 1-799-296 | ONE TREE HILL: I Just Died In Your Arms Tonight | WBEI |
| PA 1-801-398 | ONE TREE HILL: Now You Lift Your Eyes To The Sun | WBEI |
| PA 1-799-297 | ONE TREE HILL: You Are A Runner And I Am My Father's Son | WBEI |
| PA 1-799-302 | ONE TREE HILL: You Know I Love You, Don't You? | WBEI |
| PA 1-803-555 | ONE TREE HILL: Some Roads Lead Nowhere | WBEI |
| PA 1-799-326 | ONE TREE HILL: Weeks Go By Like Days | WBEI |
| PA 1-799-333 | ONE TREE HILL: Family Affair | WBEI |
| PA 1-799-955 | ONE TREE HILL: Don't You Forget About Me | WBEI |
| PA 1-799-334 | ONE TREE HILL: My Attendance Is Bad But My Intentions Are Good | WBEI |
| PA 1-803-556 | ONE TREE HILL: At The Bottom Of Everything | WBEI |
| PA 1-803-557 | ONE TREE HILL: The Last Day Of Our Acquaintance | WBEI |
| PA 1-799-809 | ONE TREE HILL: Every Picture Tells A Story | WBEI |
| PA 1-798-609 | ONE TREE HILL: Learning To Fall | WBEI |
| PA 1-799-814 | ONE TREE HILL: What's In The Ground Belongs To You | WBEI |

| | | |
|---|---|---|
| PA 1-803-562 | ONE TREE HILL: Almost Everything I Wish I'd Said The Last Time I Saw You | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |

| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
|---|---|---|
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 1-800-081 | SHAMELESS: Pilot | WBEI |
| PA 1-800-079 | SHAMELESS: Frank The Plank Frank | WBEI |
| PA 1-800-078 | SHAMELESS: Aunt Ginger | WBEI |
| PA 1-800-080 | SHAMELESS: Casey Casden | WBEI |
| PA 1-800-077 | SHAMELESS: Three Boys | WBEI |
| PA 1-829-833 | SHAMELESS: Killer Carl | WBEI |
| PA 1-829-835 | SHAMELESS: Frank Gallagher: Loving Husband, Devoted Father | WBEI |
| PA 1-829-832 | SHAMELESS: It's Time To Kill The Turtle | WBEI |
| PA 1-829-837 | SHAMELESS: But At Last Came A Knock | WBEI |
| PA 1-829-831 | SHAMELESS: Nana Gallagher Had An Affair | WBEI |
| PA 1-829-834 | SHAMELESS: Daddyz Girl | WBEI |

| PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | WBEI |
|---|---|---|
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |

| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
|---|---|---|
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |

| | | |
|---|---|---|
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBEI |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |

| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBEI |
|---|---|---|
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |

| | | |
|---|---|---|
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |

| | | |
|---|---|---|
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS Studios Inc. ("CSI") |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CSI |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CSI |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CSI |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CSI |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CSI |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CSI |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CSI |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CSI |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CSI |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CSI |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CSI |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CSI |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CSI |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CSI |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CSI |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CSI |

| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CSI |
|---|---|---|
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CSI |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CSI |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CSI |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CSI |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |